490

### 20443. HUSHINSKY v. PERRY.

BLOODWORTH, J. There is no merit in either of the grounds of the amendment to the motion for a new trial; the evidence supports the verdict, which is approved by the trial judge; and no error was committed when the motion for a new trial was overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 14, 1930.

*A. L. Miller,* for plaintiff in error. *G. H. Perry,* contra.